UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY RUSSELL MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>DANNY SAMUEL, Warden,[1]<br><br>    Respondent. | Case No. 20-cv-09285-SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus has been denied. Judgment is entered accordingly.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 10, 2022

_____
SUSAN ILLSTON
United States District Judge

---

[1] Danny Samuel, the current warden of the prison where Moore is incarcerated, has been substituted as respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.